DAYTON BAR ASSOCIATION *v.* ROGERS.

[Cite as *Dayton Bar Assn. v. Rogers* (1994), 71 Ohio St.3d 283.]

(No. 94–1815—Submitted October 11, 1994—Decided December 21, 1994.)

*Altick & Corwin* and *Dennis J. Adkins,* for relator.

*Flanagan, Lieberman, Hoffman & Swaim* and *Bradley C. Smith,* for respondent.

---

*Per Curiam.*  Having thoroughly reviewed the record, we agree with the board's findings of misconduct and its recommendation.  Richard H. Rogers is

publicly reprimanded for having violated DR 1–102(A)(3) and (4). Costs taxed to respondent.

*Judgment accordingly.*

MOYER, C.J., A.W. SWEENEY, DOUGLAS, WRIGHT, RESNICK and F.E. SWEENEY, JJ., concur.

PFEIFER, J., dissents and would dismiss the cause.